**BRONSON LAW OFFICES, P.C.**

480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

June 15, 2023

_VIA CM ECF_
The Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas St
White Plains, NY 10601-4150

**Re: Case No.: 23-03182-CS**
    ***Sloane Worth v. Krista Preuss as Ch 13 Trustee***

    Letter Motion on Consent Seeking 30 Day Extension of Time to File Appellant's Brief

Dear Judge Seibel:

       Please be advised that the undersigned counsel represents Sloane Worth the Appellant, in the above referenced matter. Appellant requests that the deadline for filing its brief be extended from June 20, 2023 to July 31, 2023.

       No previous requests for extension have been made. Appellants counsel needs additional time to complete the brief due to scheduled vacation times of office staff and attorneys. Dennis Jose Esq., counsel for the Respondent/Appellee (the Chapter 13 Trustee) has consented to this request.

       Thank you for your attention to this matter.

                                    Respectfully,

                                    _/s/H. Bruce Bronson_
                                    H. Bruce Bronson, Esq.

cc: All parties by ECF